UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUFROCINO PABLO CARRILLO,<br>    Plaintiff,<br>        v.<br>AIRCRAFT SERVICE INTERNATIONAL, INC., et al.,<br>    Defendants. | Case No. 18-cv-02208-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 17 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: July 12, 2018

_____
WILLIAM H. ORRICK
United States District Judge