United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUFROCINO PABLO CARRILLO,<br>　　　　Plaintiff,<br>　　v.<br>AIRCRAFT SERVICE INTERNATIONAL, INC., et al.,<br>　　　　Defendants. | Case No. 18-cv-02208-WHO<br><br>**AMENDED ORDER OF DISMISSAL**<br>Re: Dkt. No. 17 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: July 12, 2018

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　United States District Judge